## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-21273

Plaintiff:
**YVONNE PETRIE**

vs.

Defendant:
**NCL (BAHAMAS) LT., A BERMUDA COMPANY D/B/A NOREWGIAN CRUISE LINE**

For:
Ernesto L. Santos, Jr., Esquire
HALPERN SANTOS & PINKERT, P.A.
150 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

Received by Lightning Legal Couriers on the 2nd day of April, 2025 at 10:48 am to be served on **NCL (BAHAMAS) LTD., A BERMUDA COMPANY D/B/A NORWEGIAN CRUISE LINE REGISTERED AGENT: FARKAS, DANIEL S, ESQ, 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**

I, JESSEE LOPEZ, do hereby affirm that on the **2nd day of April, 2025** at **12:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT AND DEMAND FOR JURY** with the date and hour of service endorsed thereon by me, to: **MALENA DELGADO AS LEGAL ASSISTANT AT THE OFFICE OF DANIEL S FARKAS, ESQ.** as **REGISTERED AGENT** for **NCL (BAHAMAS) LTD., A BERMUDA COMPANY D/B/A NORWEGIAN CRUISE LINE** at the address of: **7300 CORPORATE CENTER DRIVE, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**JESSEE LOPEZ**
Process Server

**Lightning Legal Couriers**
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2025002986

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

4/2/25 12:50pm
JL

| | |
|---|---|
| YVONNE PETRIE<br><br>*Plaintiff(s)*<br>v.<br>NCL (BAHAMAS) LTD., A BERMUDA COMPANY<br>d/b/a NORWEGIAN CRUISE LINE<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-21273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NCL (BAHAMAS) LTD., A BERMUDA COMPANY
d/b/a NORWEGIAN CRUISE LINE
Registered Agent: FARKAS, DANIEL S, ESQ
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     IAN D. PINKERT, ESQUIRE
Halpern Santos & Pinkert, P.A.
150 Alhambra Circle - Suite 1100
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   04/02/2025

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts